THE NATIONAL BANK OF FAR ROCKAWAY, Respondent, v. JACOB EICHENBERG, Appellant, and JOSEPH FRIEDBERG, Defendant.— Order and judgment affirmed, with costs. No opinion. Lazansky, P. J., Hagarty, Seeger and Carswell, JJ., concur; Young, J., dissents, being of opinion that, as it appears that the debt secured by the mortgage which is under foreclosure is the same debt represented by the notes indorsed by plaintiff, the defense that this action was begun without leave while the foreclosure action was pending is sufficient.

NORWEGIAN EVANGELICAL FREE CHURCH, Appellant, v. MICHAEL MILHAUSER, Respondent.— Judgment reversed upon the law and the facts, with costs, judgment directed in favor of plaintiff in the sum of $500, with interest from October 10, 1923, and the sum of $65, expense of examining title, and counterclaim dismissed, with costs. The State of New York took possession of the property under the judgment of December 9, 1870, which made its rights by escheat subject to the rights of unknown heirs. The State did not, therefore, enter into possession adversely to the unknown heirs. The action of *Milhauser* v. *Unknown Heirs at Law of William A. Kinnilly* and *People of the State of New York* [—— —— ——], is still pending. The order of discontinuance was unauthorized. (Civ. Prac. Act, § 240.) With the claim, asserted in this action by Mary Byrne that she is the sole heir of Kinnilly, still outstanding, plaintiff should not be compelled to take title. Findings of fact and conclusions of law inconsistent herewith are reversed and new findings and appropriate conclusions will be made. Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ., concur. Settle order on notice. [128 Misc. 439.]

ELLA PHILLIPS, Respondent, v. HARRY PHILLIPS, Appellant.— Judgment affirmed, with costs. No opinion. Lazansky, P. J., Kapper and Hagarty, JJ., concur; Carswell and Scudder, JJ., dissent upon the ground that there is no sufficiently substantial basis for the judgment in the evidence.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EUGENE BREE, Appellant.*—Judgment of conviction of the County Court of Nassau county affirmed. (*People* v. *Duffy*, 212 N. Y. 57.) Lazansky, P. J., Seeger and Carswell, JJ., concur; Young and Hagarty, JJ., dissent, being of opinion that the testimony given by Weseloh, Passalaqua, Markowitz and Tunkel was improperly received. (*People* v. *Grutz*, 212 N. Y. 72.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN RUDOLPH, Appellant.— Judgment of conviction by a city magistrate sitting as a Court of Special Sessions unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ.